IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RONALD LaFLEUR,                           ) | |
|                                          ) | |
|         Plaintiff,                        ) | |
|                                          ) | |
|     v.                                   ) | CIVIL ACTION NO.: CV507-013 |
|                                          ) | |
| JO ANNE B. BARNHART,                     ) | |
| Commissioner of Social Security,         ) | |
|                                          ) | |
|         Defendant.                        ) | |

### ORDER

The Plaintiff, proceeding pro se, filed this complaint on January 30, 2007. Plaintiff is directed to serve a copy of his complaint upon (1) the Attorney General of the United States; (2) the named Defendant; and (3) the United States Attorney for the Southern District of Georgia. Pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, personal service shall be perfected upon the United States Attorney. Pursuant to FED. R. CIV. P. 4(i) service may be perfected upon the Attorney General of the United States and upon Defendant by registered or certified mail.

Plaintiff is cautioned that while this action is pending, the plaintiff **shall** immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

SO ORDERED, this 8th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)